Ensel, Meyer and Company, defendant in error, v. James C. Davis, director general of railroads, plaintiff in error.

Action for damages for breach of contract to transport and deliver a shipment of whisky. Judgment for plaintiff. Error to the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Graves, J., dissenting. Opinion filed July 10, 1922.

Patton & Patton, for plaintiff in error; William L. Patton, Henry L. Patton and Silas H. Strawn, of counsel. John G. Friedmeyer, for defendant in error.

Mr. Justice Niehaus delivered the opinion of the court.